IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PACIFIC EMPLOYERS INSURANCE COMPANY, Plaintiff | : : : : | CIVIL ACTION |
| v. | : : | NO. 09-5211 |
| AXA BELGIUM S.A. f/k/a ROYALE BELGE INCENDIE REASSURANCE, Defendant. | : : : : | |

FILED
APR 27 2011
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## ORDER

AND NOW, this 27th day of April, 2011, upon consideration of Defendant AXA Belgium's Motion to Dismiss Plaintiff's Complaint for Lack of Personal Jurisdiction Pursuant to Federal Rule of Civil Procedure 12(b)(2) and/or, in the alternative, the Doctrine of *Forum Non Conveniens*" (doc. no. 9) and Plaintiff's responses thereto, and for the reasons set forth in the accompanying Opinion it is hereby **ORDERED** that the motion is **GRANTED**.

The Clerk of Court is directed to mark this case closed.

BY THE COURT

/s/ Mitchell S. Goldberg
MITCHELL S. GOLDBERG, J.